

Douglas B. Lipsky - Partner

420 Lexington Avenue, Suite 1830
New York, New York 10170
Main:  212.392.4772
Direct:  212.444.1024
Fax:  212.444.1030
doug@lipskylowe.com

www.lipskylowe.com

June 28, 2021

<u>VIA ECF</u>
The Honorable Robert M. Levy, U.S.M.J.
U.S. District Court for the Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

  Re: <u>Fischler v. Oneblade, Inc 1:21-cv-01927-RB-RML</u>

Dear Magistrate Judge Levy:

  Plaintiff and Defendant hereby notify the Court that the parties have reached a resolution in principal of all claims in this case and fully addressing Defendant's website (www.onebladeshave.com) meeting the accessibility standards required by the Americans With Disabilities Act ("ADA"), as applicable, by complying with the standards of W3C's WCAG 2.1 Level AA ("WCAG") for the blind or visually impaired, to be implemented within a reasonable timeline agreed upon by the parties.  The settlement will address not only the Plaintiff's claims in this case, but also future claims concerning Defendant's website's alleged noncompliance with the ADA, and Defendant will provide general information about the settlement to counsel for possible claimants who contact its counsel in order to avoid future needless litigation on similar grounds.

  The parties intend to finalize their settlement and file a stipulation of dismissal within 45 days and, respectfully, request a stay of the proceedings and deadlines, or the administrative closure of this matter, for that 45-day period.

  We appreciate the Court's consideration of these requests.

          Respectfully submitted,
          LIPSKY LOWE LLP


          <u>s/ Douglas B. Lipsky</u>
          Douglas B. Lipsky


CC: Defendant (Via email)